UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER BERNHARD,

       Plaintiff,                      Case No. 1:23-CV-91

v.                                    Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

**JUDGMENT**

In accordance with the Stipulation and Order of Remand filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of

42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings

as outlined in the Stipulation and Order of Remand.

**IT IS SO ORDERED.**

Dated:  May 30, 2023                    /s/ Ray Kent_____
                                          RAY KENT
                                          United States Magistrate Judge